IN THE UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | : | |
| v. | : | CIVIL ACTION No. ______ |
| GUILLERMO MALDONADO, Defendant. | : | CRIMINAL No. 97-043L |

## MOTION FOR RELIEF FROM JUDGMENT

COMES NOW, the Petitioner, Guillermo Maldonado, **propia persona in sui juris**, pursuant to RULE 60(b)(4)(5)(6) of the FEDERAL RULES OF CIVIL PROC., moves the Court to reinstate Petitioner's second §2255, filed on the twenty-second day of JULY in the year two thousand two, since THE SUPREME COURT has held in **BURTON v STEWART** 2007 U.S Dist. LEXIS 1005 (2007) said action to be properly presented, and thus not deemed a successive §2255 under the AEDPA ACT of 1996.

**ARGUMENT**

Because a Rule 60(b) motion has been held to attack the integrity of the HABEAS proceeding, see **MUNOZ v U.S** 331 F.3d 151 (1st Cir. 2003), jurisdiction is retained, since the premise of the argument resurrects the Court's denial of Petitioner's second §2255 on the eighth day of NOVEMBER in the year two thousand two, for filing a second §2255 after a new judgment, deriving from the first §2255 for ineffectiveness

of counsel in not filing a NOTICE OF APPEAL. The Court relied, in part, in the analysis given by THE FIRST CIRCUIT in **PRATT v U.S** 129 F.3d 54 (1997), where Pratt failed to include all grounds in the first §2255 action, and after the Court remands and vacates the sentence, under a SIXTH AMENDMENT violation, Pratt files a DIRECT APPEAL, but the conviction is affirmed. As of consequence Pratt files a second §2255 expounding new grounds which the CIRCUIT deems as a successive §2255 under the rules of the ANTI-TERRORISM AND DEATH PENALTY ACT (AEDPA) of 1996.

Being THE SUPREME COURT has held in **KLAPPROTT v U.S** 335 U.S 601,613 (1949) a motion under Rule 60(b) permits reopening if a Petitioner establishes "any...reason justifying relief from the operation of the judgment" and THE FIRST CIRCUIT has held, as to the LAW OF THE CASE doctrine, in **U.S v RIVERA-MARTINEZ** 931 F.2d 148, 151 (1991):

> "We agree with THE FIFTH CIRCUIT that issues, once decided, should not be reopened 'unless the evidence on a subsequent trial was substantially different, controlling authority has since made a contrary decision of LAW applicable to the issues, or the decision was clearly erroneous and would work a MANIFEST INJUSTICE'".

Under the clarification of a second §2255 being filed, after a new judgment is obtained through the first §2255 action, not being a successive §2255 in **BURTON v STEWART** 2007 U.S Dist. LEXIS 1005 (2007) Petitioner's §2255 should be reinstated

since Petitioner timely filed the said motion, after the conviction became final on the twenty-second day of APRIL in the year two thousand two, when THE SUPREME COURT denied a WRIT OF CERTIORARI. The question that now belies on the Honorable Court is the manner said relief will be issued (if any), to the reinstatement of the aforementioned action.

WHEREFORE, based on the foregoing information and the clarification, by the U.S SUPREME COURT, of the language of the AEDPA ACT of 1996, as to when is a §2255 deemed a successive §2255, Petitioner asks to be provided with the relief the Court determines to be just.

Guillermo Maldonado, **propia persona.**

**OATH**

I, Guillermo Maldonado, attest under the penalties of PERJURY that the foregoing Motion for Relief from Judgment is true and correct to the best of my knowledge. And that i am a Lay-Man in American jurisprudence, and have been assisted in the translation of the present document from SPANISH to ENGLISH.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT, the foregoing Motion for Relief from Judgment, in its true and correct capacity, wit a respective copy for the U.S ATTORNEY, was given to a BUREAU OF PRISONS official on this 22 day of FEBRUARY in the year two thousand seven to be forwarded to the U.S DISTRICT COURT, JOHN O. PASTORE Bldg., TWO EXCHANGE TERRACE, PROVIDENCE, R.I 02903-2431.

Guillermo Maldonado

Guillermo Maldonado
Reg. #04428-070
FCI FORT DIX
P.O Box 38-UNIT 5752
FORT DIX, N.J 08640