UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

USA

VS.

CR NO. 97-43L

Guillermo Maldonado

# ORDER

The government's response to the Defendant's motion for relief from judgment is due on April 6, 2007.

ENTER:

Ronald R. Lagueux
Senior U.S. District Judge
DATED: 3/27/07

BY Order:

Deputy Clerk