8/16

Guillermo Maldonado
Reg. No. 04428-070
Federal Correctional Institution
P.O.Box 2000
Fort Dix, New Jersey 08640-0902
Petitioner-Pro se

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GUILLERMO MALDONADO, Petitioner/Pro-se, | HON. RONALD R. LAGUEUX |
| vs. | DOCKET NO. CR-97-043L |
| UNITED STATES OF AMERICA, Respondent. | |

PETITIONER REQUESTS FOR RECONSIDERATION

OF §2255 MOTION-NEW FACTS NOT RAISED PREVIOUSLY

Denied - this is a frivolous request since this case has been completely considered on many previous occasions.

Ronald R. Lagueux
Sr. USDJ 8/14/07