UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GUILLERMO MALDONADO, Petitioner, | HON. RONALD R. LAGUEUX |
| vs. | DOCKET NO: CR-97-043L |
| UNITED STATES OF AMERICA, Respondent. | C.A. DOCKET NO. 00-1429 00-1513 |

NOTICE OF APPEAL
PETITION FOR ISSUANCE OF CERTIFICATE OF APPEALABILITY

NOTICE IS HEREBY GIVEN that Guillermo Maldonado, petitioner/ Pro se above named, hereby appeal the United States Court of Appeals for the First Circuit from the order denying the Rule 60( ) Motion, and Motion for Reconsideration of Order entered in this action on the 14th day of August, 2007.

In order for the Petitioner to appeal said Order to the United States Court of Appeals for the First Circuit, the Petitioner respectfully requests that this Court issue a certificate of appealability, pursuant to 28 U.S.C. §2253, and Rule 22(b) of the Federal Rules of Appellate Procedure.

Petitioner maintains the he entitled to redress on appeal on the following grounds, which substantially show that he was denied

his constitutional rights:

1. Petitioner was denied effective assistance of counsel because his resentencing counsel failed to raise issue of cocaine base (crack) at the resentencing hearing.

2. Petitioner was denied effective assistance of counsel because his resentencing counsel failed to inform the Petitioner the consequences to appeal the new sentence imposed.

3. Petitioner was denied effective assistance of counsel because his resentencing counsel refused to withdraw the appeal.

For the reasons set forth in this Notice of Appeal and Petition for Issuance of Certificate of Appealability, Petitioner respectfully request that a certificate of appealability be issued on the set forth issues.

Dated: 8-27-07

Guillermo Maldonado

Guillermo Maldonado, Petitioner
Reg. No. 04428-070
Federal Correctional Institution
P.O.Box 2000
Fort Dix, NJ 08640-0902