Guillermo Madlonado
Reg. No. 04428-070
Federal Correctional Institution
P.O.Box 2000
Fort Dix, NJ 08640-0902

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GUILLERMO MALDONADO, Petitioner, | HON. RONALD R. LAGUEUX |
| vs. | DOCKET NO. CR-97-043L |
| UNITED STATES OF AMERICA, Respondent. | |

MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS
FED.R.APP.P. 24(B)

Guillermo Maldonado, the Petitioner/Pro se, moves the court for an order permitting him to prosecute an appeal from the order entered by this court on August 14, 2007, in forma pauperis.

This motion is authorized by the provisions of §1915 of the Title 28 of the United States Code, and Rule 24 of the Federal Rules of Appellate Procedure.

The affidavit of Guillermo Maldonado, which is attached in support of this motion as Exhibit "A," shows that Mr. Maldonado is "a person unable to pay..fess or gives security thereof" within the meaning of §1915(a)(1) of Title 28.

Petitioner desires to assert on appeal that the decision of

of this court is erroneous in that the Petitioner Requests For Reconsideration of §2255 Motion-New Facts Not Raised Previously is a frivolous request since this case has been completely considered on many previous occasions. It is believes that the New Facts was not taken into consideration or was not read by the Court to assert that the request is frivolous.

In seeking to proceed in forma pauperis, Mr. Maldonado is not reuired to establish that he will actually prevail on appeal but only that he desires to assert arguments on appeal that are not "frivolous." See, e.g. Free v. United States, 879 F.2d 1535, 1536 (7th Cir. 1989). An appeal is not "frivolous" within the meaning of §1915 when it assert any contention that is, conceivably, arguable. See, e.g. Livingston v. Adirondack Beverage Co., 141 F.3d 434, 437 (2d Cir 1989).

For all of the reasons stated in this motion, Mr. Maldonado respectfully requests that this motion be granted.

Dated: 8-27-07

Respectfully submitted,

Guillermo Maldonado

Guillermo Maldonado, Petitioner

CERTIFICATE OF SERVICE

I CERTIFY THAT ON August 27, 2007, I MAILED A COPY OF ALL OF THE ATTACHMENTS VIA FIRST CLASS MAIL TO THE FOLLOWING PARTIES AT THE ADDRESS LISTED BELOW:

Mr. Donald C. Lockhart, Esq.
Assistant U.S. Attorney
Fleet Center, Eighth Floor
50 Kennedy Plaza,
Providence, RI 02903

PROOF OF SERVICE FOR
INSTITUTIONALIZED OR
INCARCERATED LITIGANTS

I CERTIFY THAT THIS DOCUMENT WAS GIVEN TO PRISON OFFICIAL ON August 27, 2007 FOR FORWARDING TO THE COURT. I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. [28 USCA §1746].

Guillermo Maldonado
(SIGNATURE)

8-27-07
(DATE)