07-119 L
Judge Almond
USDCRI

**MANDATE**

# United States Court of Appeals

## For the First Circuit

No. 07-2413

GUILLERMO MALDONADO,

Petitioner - Appellant,

v.

UNITED STATES,

Respondent - Appellee.

**JUDGMENT**

Entered: April 4, 2008

Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

M. [signature]

**Deputy Clerk**

**Date:** 4/4/08

By the Court:

/s/ Richard Cushing Donovan, Clerk

[cc: Kenneth Madden, Donald Lockhart, Guillermo Maldonado]